1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   ART GONZALES,                              No. 2:14-cv-2654 DAD P
12              Plaintiff,
13         v.                                   ORDER
14   J. LIZZARAGA, et al.,
15              Defendants.
16
17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42
18   U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 plus the $50.00
19   administrative fee nor has he filed an application to proceed in forma pauperis. See 28 U.S.C. §§
20   1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a
21   properly completed application to proceed in forma pauperis.
22         Plaintiff is cautioned that the in forma pauperis application form includes a section that
23   must be completed by a prison official, and the form must be accompanied by a certified copy of
24   plaintiff's prison trust account statement for the six-month period immediately preceding the
25   filing of this action.
26         In accordance with the above, IT IS HEREBY ORDERED that:
27         1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00
28   filing fee plus the $50.00 administrative fee or a properly completed application to proceed in

                                                    1

1 forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply
2 with this order or seek an extension of time to do so will result in dismissal of this action without
3 prejudice; and
4         2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma
5 Pauperis By a Prisoner for use in a civil rights action.
6 Dated: November 20, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mp
gonz2654.3a